IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VELMA YBARRA,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | No. MO:22-CV-00048 | |
| § | | |
| **VICTORY HOSPICE OF TEXAS, LLC,** § | | |
| **ET AL.,** § | | |
| *Defendants*. § | | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(1)(a) and the parties' Agreed Stipulation of Dismissal with Prejudice (Doc. 12) filed September 20, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 21st day of September, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE